# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARREN E. JOSEPH, JR.

NO. 2021 KW 1114

**NOVEMBER 5, 2021**

---

In Re:    Warren E. Joseph, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 248207.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT